182 So.2d 663

## LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

v.

## Dr. Sidney C. KNIGHT, M.D.

No. 48031.

Feb. 28, 1966.

In re: Dr. Sidney C. Knight, M.D. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 180 So.2d 755.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

182 So.2d 663

## STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS

v.

## John C. BURDEN, Jr., et al.

No. 48039.

Feb. 28, 1966.

In re: State of Louisiana, through the Department of Highways applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 180 So.2d 784.

Writ refused. On the facts found by the Court of Appeal we find no error in the result found by the Court of Appeal.